## DAN WADE and HAMP BOATWRIGHT v. STATE OF FLORIDA

19 So. (2nd) 198                           June Term, 1944
September 15, 1944                              Division B

*Joanna Vermilye,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.